UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN Re:

JUAN ORLANDO MEDINA FANTAUZZI
KEILA ABIGAIL SCOTT MILLAN

XXX-XX-1063
XXX-XX-7887

DEBTOR (S)

CASE NO.09-09066-SEK

CHAPTER 13

TRUSTEE'S MOTION TO INFORM
CONFIRMED PLAN BASE INCREASE

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

1. On May 10, 2010 the Chapter 13 plan dated April 24, 2010 was confirmed/approved with a Base equal to $21,720.00.

2. The above mentioned plan provides that any post-petition tax refund that the debtor(s) would be entitled to receive during the term of the plan would be used to fund the plan. It also provides that after confirmation, and without further notice, hearing or Court order the plan shall be deemed modified by increment(s) to its Base, in an amount equal to the amount of each income tax refund.

3. According to the above described terms of the plan the Trustee hereby inform that the income tax refund for tax year 2009 in the amount of $296.00 has been received increasing the confirmed plan Base to $22,016.00.

**WHEREFORE** the Trustee respectfully prays that above referred information be acknowledged.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to: the DEBTOR(s) by first class mail to the address of record and to her/his/their attorney ROBERTO FIGUEROA CARRASQUILL* by first class mail, if not a ECFS register user, to the address of record.

In San Juan, Puerto Rico this, October 27, 2010.

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550